IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| WALTER L. BROOKS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 04-S-0895-NE |
| | ) |
| WARDEN WILLIE THOMAS and | ) |
| THE ATTORNEY GENERAL OF | ) |
| THE STATE OF ALABAMA, | ) |
| | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

On May 3, 2004, Petitioner Walter L. Brooks, filed a form application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 with this court. He challenges the validity of his conviction on August 20, 2003, of trafficking in cocaine. In accordance with the usual practices of this court, the petition was referred to a magistrate judge for a preliminary review and recommendation. The respondents were ordered to file a response to the petitioner's allegations. (Doc. 5). The Attorney General of the State of Alabama has not yet filed a response. On August 11, 2004, the petitioner moved to dismiss his petition because he has filed a post-conviction petition in state court pursuant to ALABAMA RULE OF CRIMINAL PROCEDURE 32. (Doc. 12).

Accordingly, the petitioner's motion to dismiss is due to be granted and this matter dismissed without prejudice.

DONE, this the 19th day of August, 2004.

_____
UNITED STATES DISTRICT JUDGE

